J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

- - - - - - - - - - - - - - - - - - - - - -x
                                            :
AD HOC SHRIMP TRADE ACTION COMMITTEE,
                                            :
            Plaintiff,
                                            :
        -and-
                                            :
AMERICAN SHRIMP PROCESSORS ASSOCIATION,
                                            :
            Intervenor-Plaintiff,
                                            : Consol. Court
        v.                                    No. 23-00202
                                            :
UNITED STATES,
                                            :
            Defendant,
                                            :
        -and-
                                            :
MEGAA MODA PRIVATE LIMITED,
                                            :
            Intervenor-Defendant.
                                            :
- - - - - - - - - - - - - - - - - - - - - -x

    This action having been duly submitted for decision; and the court, after due deliberation, having rendered two opinions herein; Now therefore, in conformity with them, it is

    ORDERED, ADJUDGED and DECREED that defendant's confidential and public Final Results of Redetermination Pursuant to Court Remand, ECF Nos. 63-1 and 64-1, respectively, be, and they hereby are, affirmed; and it is further

Consol. Court No. 23-00202                                                              Page 2

      **ORDERED** that this action be, and it hereby is, dismissed in its entirety.

Dated:  New York, New York
         July 8, 2025

                                           /s/  Thomas J. Aquilino, Jr.
                                                        Senior Judge